USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENJY ORELLANA, et al.,

                        Plaintiffs,

        - against -

REAL INNOVATIVE CONSTRUCTION,
LLC, et al.,

                       Defendants.
------------------------------------------------------------X

18-CV-8396 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 27, 2019, this Court stayed discovery, on consent, pending determination of motions to dismiss. (Dkt. 137.) Following this Court's issuance of a Report and Recommendation on the motions to dismiss (Dkt. 139), the Plaintiffs reached a settlement with certain defendants (Dkt. 143), and the motions to dismiss were denied as moot (Dkt. 144), thus ending the stay of discovery. Of the remaining defendants, the action was stayed as against Defendant Andy Morales due to his filing a notice of bankruptcy. (Dkt. 116.) The action was not stayed, however, as to Defendants Carlos Morales and Real Innovative Construction, LLC ("RIC"). Accordingly, by October 26, 2020, the parties shall file a joint letter addressing the status of the case and proposing a schedule through discovery and dispositive motions. The parties shall coordinate with each other and my Courtroom Deputy to schedule a status conference to take place shortly after filing of the status letter.

Dated: October 16, 2020
      New York, New York

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Copies sent to all counsel of record.