UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENJY ORELLANA, et al.,

                    Plaintiffs,

      - against -

REAL INNOVATIVE CONSTRUCTION,
LLC, et al.,

                   Defendants.
------------------------------------------------------------X

18-CV-8396 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Law Offices of Joseph & Norinsberg, LLC ("Counsel"), has moved to withdraw as counsel for Defendants Real Innovation Construction, Andy Garcia, and Carlos Morales. (Dkt. 159.) Defendants do not oppose and there has been no other response. Therefore, the Court so-orders the following:

      1. Good cause having been shown, and the requirements for withdrawal having been met, Counsel's motion to withdraw is granted.

      2. All deadlines are stayed for thirty (30) days.

      3. Defendants shall retain new counsel and appear within thirty (30) days.

      4. Corporate Defendant Real Innovation Construction must appear by counsel. Failure to appear by counsel will result in default judgment.

      5. With respect to the individual Defendants, absent appearance of counsel within thirty (30) days, the Court will deem them to be proceeding pro se.

                      SO ORDERED.

                      _____
                      ROBERT W. LEHRBURGER
                      UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2020

Dated: November 25, 2020
       New York, New York


Copies sent to all counsel of record.