```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KENJY ORELLANA, et al.,                     :
                                            :           18-CV-8396 (VEC) (RWL)
                      Plaintiffs,           :
                                            :
        - against -                         :           ORDER
                                            :
REAL INNOVATIVE CONSTRUCTION,               :
LLC, et al.,                                :
                                            :
                      Defendants.           :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  Pursuant to the Court's November 25, 2020 Order, and no appearance having been entered for any of the remaining Defendants in this case, the individual Defendants are now deemed to be proceeding pro se. The corporate Defendant – Real Innovative Construction, LLC ("RIC") – however, may not proceed pro se and can only appear through counsel. Not having appeared by counsel, RIC is now subject to entry of default and default judgment upon proper application by Plaintiffs.

             SO ORDERED.

             _____
             ROBERT W. LEHRBURGER
             UNITED STATES MAGISTRATE JUDGE

Dated: December 30, 2020
   New York, New York

Copies sent to all counsel of record, and the Clerk's Office is directed to mail copies of this Order to all remaining Defendants at the addresses listed on the summonses issued in this case:

  REAL INNOVATIVE CONSTRUCTION, LLC
  205 Valentine Lane

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2020

Yonkers, New York 10705

ANDY MORALES
205 Valentine Lane
Yonkers, New York 10705

CARLOS MORALES
205 Valentine Lane
Yonkers, New York 10705