USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KENJY ORELLANA, et al.,

                                Plaintiffs,

        - against -

REAL INNOVATIVE CONSTRUCTION,
LLC, et al.,

                              Defendants.
-------------------------------------------------------------X

18-CV-8396 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On December 30, 2020, this Court deemed Defendants Carlos Morales and Andy Garcia pro se and the Clerk of the Court mailed copies of the order to the addresses on file for those Defendants.[1] (*See* Dkt. 161.) Neither Defendant has appeared in this matter and both mailings were returned to sender.

Plaintiffs' counsel has provided the Court with alternative addresses for both Defendants. The Court respectfully requests that the Clerk of Court mail a copy of this order and this Court's December 30, 2020 order to the following addresses:

    Andy Garcia
    359 Scott Street
    Wilkes-Barre, PA 18702

    Carlos Morales
    2200 Bowell Avenue, Apartment D53
    Bronx, NY 10462

Defendants are reminded that it is their obligation to update their own contact information.

---

[1] On the docket, Andy Garcia is listed as "Andy Morales," but subsequent filings indicate that his last name is, in fact, Garcia. (*See* Dkt. 57.) The Court respectfully requests that the Clerk of the Court update the docket.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 5, 2021
　　　　New York, New York

Copies sent to all counsel of record and mailed to the pro se Defendants as noted above.