```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KENJY ORELLANA, et al.,                    :
                                           :         18-CV-8396 (VEC) (RWL)
                    Plaintiffs,            :
                                           :
      - against -                          :         **ORDER**
                                           :
REAL INNOVATIVE CONSTRUCTION,              :
LLC, et al.,                               :
                                           :
                    Defendants.            :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On December 30, 2020, this Court deemed Defendants Carlos Morales and Andy Garcia pro se and noted that Defendant Real Innovation Construction may not appear pro se and was subject to default. Plaintiffs have obtained a certificate of default against Real Innovative Construction, but no other actions appear on the docket. Accordingly, by June 4, 2021, Plaintiffs shall update the Court on the status of this case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 1, 2021
       New York, New York

Copies sent this date to all counsel of record by ECF. The Clerk of Court is respectfully requested to mail copies of this order to the pro se Defendants at:

Andy Garcia
359 Scott Street
Wilkes-Barre, PA 18702

Carlos Morales
2200 Bowell Avenue, Apartment D53

Bronx, NY 10462