USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Kenjy Orellana, et al., : 18-cv-8396 (VEC) (RWL)
                Plaintiff, :
 : **STATUS**
- against - : **CONFERENCE ORDER**
 :
Real Innovative Construction, LLC., et al. :
 :
               Defendants. :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

NOTICE of Hearing: Status Conference set for **June 30, 2021, at 9:30 a.m.** via telephone before Magistrate Judge Robert W. Lehrburger. Parties shall call the teleconference number at (888)-398-2342 and enter access code 9543348. Plaintiff shall serve a copy of this order on the remaining defendant(s) by June 11, 2021. Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices.

                      SO ORDERED.

                      _____
                      ROBERT W. LEHRBURGER
                      UNITED STATES MAGISTRATE JUDGE

Dated: June 7, 2021
      New York, New York

Copies transmitted this date to all counsel of record.