USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENJY ORELLANA; NESTOR REYES; RENE I. AYALA; ALBERTO RAMON MORALES POMBO; CARLOS M. MOROCHO; LUIS ZARUMA; MAXIMINO FLORES; JOHN DANILO BARAHONA BARAHONA; EDISON CRISTOBAL TRIANA PICON; OSWALDO BRAVO; JORGE VARGAS; ANGEL REYES; JAIRALI CALLE; EDGAR PILAGUICIN; JUAN AMANTA; SEGUNDO PINTO; SEGUNDO FRANCISCO LASLUISA; JOSE ALBERTO LASLUISA; DAVID PAREJA; LUIS ENRIQUE CASTILLO RODRIGUEZ; JEFFRY OSMAN BRIZZO CACERES; JUNIOR ODAIR MEDRANO; EUFEMIO DIAZ MONTENEGRO; JUAN ANTONIO RODRIGUEZ DURAN; AUVER HOYOS ALTAMIRANO; OLIVERIO ANTONIO AYALA; ESDRAS NEHEMIAS GUTIERREZ CERRATO; VICTOR MANUEL PALACIOS GONZALEZ; SAUL REYES; ADRIAN CRESCENCIO; MARCOS MERCADO; EDWIN ORLANDO PEREZ VELARDE; JOSE CARLOS LUNA BAUTSTA; and JHOJAM ARMANDO FIERRO MEDINA,

                            Plaintiffs,

    -against-

REAL INNOVATIVE CONSTRUCTION, LLC; ANDY GARCIA; and CARLOS MORALES,

                           Defendants.

1:18-cv-08396-VEC

DEFAULT JUDGMENT

VALERIE CAPRONI, United States District Judge:

      This action having been commenced on September 17, 2018, by the filing of the Complaint; defendant Real Innovative Construction, LLC having accepted service of the Complaint on October 3, 2018 by stipulation filed and so-ordered on October 3, 2018 [Dkt. 30]; counsel for Real Innovative Construction, LLC having withdrawn and Real Innovative Construction, LLC not having appeared through counsel thereafter and the time for doing so having expired; it is

ORDERED, ADJUDGED AND DECREED that Plaintiffs have judgement against Defendants Real Innovative Construction, LLC on the issue of liability.

**SO ORDERED.**

**Dated:** New York, New York
　　　　　August 6 , **2021**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**Valerie E. Caproni**
　　　　　　　　　　　　　　　　　　　**United States District Judge**