**MEMO ENDORSED**

# EISNER DICTOR & LAMADRID, P.C.

ATTORNEYS AT LAW

39 BROADWAY, SUITE 1540
NEW YORK, NEW YORK  10006

TELEPHONE:  (212) 473-8700
FACSIMILE:  (212) 473-8705

E-MAIL: office@eisnerdictor.com
INTERNET: www.eisnerdictor.com

EUGENE G. EISNER
BENJAMIN N. DICTOR
THOMAS J. LAMADRID

OF COUNSEL
NATHANIEL K. CHARNY*
ROGER J. BERNSTEIN

*NY AND NJ BAR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2021

September 3, 2021

**VIA ECF**

Hon. Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    Orellana *et al.* v. Real Innovative Construction, LLC *et al.*, No. 18-cv-8396 (VEC) (RWL)

Dear Judge Caproni:

This office represents plaintiffs in the above-referenced matter. I write to request a 45-day extension to submit plaintiff's application for default judgment against Defendant Carlos Morales.

Pursuant to Your Honor's July 12, 2021 Order, plaintiffs are to submit their application for default judgment against defendant Morales no later than September 10, 2021. While counsel has prepared the documents needed for the application, counsel is still in the process of finalizing, and having each of the 34 plaintiffs execute declarations in support of the damages calculation. By way of background, on July 27, 2021, plaintiffs obtained a Clerk's Certificate of Default as against defendant Morales. ECF Doc. # 182. On August 6, 2021, default judgment was entered as against defendant Real Innovative Construction, LLC ("RIC") as to liability only. ECF Doc. # 183. (The application for default judgment against defendant Morales will be for liability and damages.) The only other defendant remaining in this action other than RIC and Morales is defendant Andy Garcia. The action, however, is stayed as against defendant Garcia as he filed for bankruptcy during the pendency of this action and his Chapter 13 bankruptcy case remains pending in the Middle District of Pennsylvania. (Defendant Garcia's Chapter 13 plan is scheduled to end in August 2024.)

This is plaintiffs' first request for an extension of time to file their default judgment application against defendant Morales. Plaintiffs' requested extension will not affect any other pending deadlines.

Accordingly, plaintiffs request that the time for them to submit their application for default judgment against defendant Morales be extended to October 25, 2021.

# EISNER DICTOR & LAMADRID, P.C.

Hon. Valerie E. Caproni

Page | 2

          Re:    Orellana *et al.* v. Real Innovative Construction, LLC *et al.*, No. 18-cv-8396 (VEC) (RWL)

Thank you for your consideration in this matter.

          Respectfully submitted,

          Thomas J. Lamadrid

---

Application GRANTED.  Plaintiffs' deadline to apply for a default judgment against Carlos Morales is extended to **October 25, 2021**.

SO ORDERED.

9/7/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE