USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

KENJY ORELLANA; NESTOR REYES; RENE : 
I. AYALA; ALBERTO RAMON MORALES :
POMBO; CARLOS M. MOROCHO; LUIS :
ZARUMA; MAXIMINO FLORES; JOHN :
DANILO BARAHONA; EDISON CRISTOBAL :
TRIANA PICON; OSWALDO BRAVO; JORGE :
VARGAS; ANGEL REYES; JAIRALI CALLE; :
EDGAR PILAGUICI :
N; JUAN AMANTA; SEGUNDO PINTO; :
SEGUNDO FRANCISCO LASLUISA; JOSE :
ALBERTO LASLUISA; DAVID PAREJA; LUIS :
ENRIQUE CASTILLO RODRIGUEZ; JEFFRY :
OSMAN BRIZZO CACERES; JUNIOR ODAIR :
MEDRANO; EUFEMIO DIAZ MONTENEGRO; :
JUAN ANTONIO RODRIGUEZ DURAN; :
AUVER HOYOS ALTAMIRANO; OLIVERIO :
ANTONIO AYALA; ESDRAS NEHEMIAS :
GUTIERREZ CERRATO; VICTOR MANUEL :
PALACIOS GONZALEZ; SAUL REYES; :
ADRIAN CRESCENCIO; MARCOS :
MERCADO; EDWIN ORLANDO PEREZ :
VELARDE; and JOSE CARLOS LUNA :
BAUTSTA; :

                        Plaintiffs, :
                         :

         -against- :
                         :

REAL INNOVATIVE CONSTRUCTION, LLC; :
ANDY MORALES; CARLOS MORALES; ECI :
CONTRACTING, LLC d/b/a ECI SERVICES; :
KIERAN KEAVENEY; JACOBS :
DEVELOPMENT CORP.; DANIEL :
JAKUBOWICZ; and T.B.C. GROUP LTD., :

                      Defendants. :

-----------------------------------------------------------------X

18-CV-8396 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a show cause hearing for Defendants Carlos Morales and Real Innovative Construction, LLC is scheduled for January 5, 2022 at 3:30 p.m. in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, *see* Dkt. 226;

IT IS HEREBY ORDERED that the January 5, 2022 hearing will take place via teleconference instead of in-person.  The parties should appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 8396.

IT IS FURTHER ORDERED that Plaintiffs must serve a copy of this Order on Defendants Carlos Morales and Real Innovative Construction, LLC, and file proof of service on the docket by **December 23, 2021**.

**SO ORDERED.**

**Date:  December 22, 2021**
      **New York, New York**

                                      **VALERIE CAPRONI**
                                      **United States District Judge**

2