USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KENJY ORELLANA; NESTOR REYES; RENE I. AYALA; ALBERTO RAMON MORALES POMBO; CARLOS M. MOROCHO; LUIS ZARUMA; MAXIMINO FLORES; JOHN DANILO BARAHONA BARAHONA; EDISON CRISTOBAL TRIANA PICON; OSWALDO BRAVO; JORGE VARGAS; ANGEL REYES; JAIRALI CALLE; EDGAR PILAGUICIN; JUAN AMANTA; SEGUNDO PINTO; SEGUNDO FRANCISCO LASLUISA; JOSE ALBERTO LASLUISA; DAVID PAREJA; LUIS ENRIQUE CASTILLO RODRIGUEZ; JEFFRY OSMAN BRIZZO CACERES; JUNIOR ODAIR MEDRANO; EUFEMIO DIAZ MONTENEGRO; JUAN ANTONIO RODRIGUEZ DURAN; AUVER HOYOS ALTAMIRANO; OLIVERIO ANTONIO AYALA; ESDRAS NEHEMIAS GUTIERREZ CERRATO; VICTOR MANUEL PALACIOS GONZALEZ; SAUL REYES; ADRIAN CRESCENCIO; MARCOS MERCADO; EDWIN ORLANDO PEREZ VELARDE; and JOSE CARLOS LUNA BAUTSTA;

Plaintiffs,

-against-

REAL INNOVATIVE CONSTRUCTION, LLC; ANDY MORALES; CARLOS MORALES; ECI CONTRACTING, LLC d/b/a ECI SERVICES; KIERAN KEAVENEY; JACOBS DEVELOPMENT CORP.; DANIEL JAKUBOWICZ; M.N.C. GENERAL CONTRACTORS CORP.; and MOSHE NACHUM;

Defendants.

------------------------------------------------------------X

18-CV-8396 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 5, 2022, the Court granted Plaintiffs' motion for a default judgment as to damages against Defendant Real Innovative Construction, LLC;

IT IS HEREBY ORDERED that Plaintiffs must, by **January 7, 2022**, file a proposed default judgment as to Defendant Real Innovative Construction, LLC.

**SO ORDERED.**

Date: **January 5, 2022**
New York, NY

**VALERIE CAPRONI**
**United States District Judge**