UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2022
```

KENJY ORELLANA; NESTOR REYES; RENE I. AYALA; ALBERTO RAMON MORALES POMBO; CARLOS M. MOROCHO; LUIS ZARUMA; MAXIMINO FLORES; JOHN DANILO BARAHONA BARAHONA; EDISON CRISTOBAL TRIANA PICON; OSWALDO BRAVO; JORGE VARGAS; ANGEL REYES; JAIRALI CALLE; EDGAR PILAGUICIN; JUAN AMANTA; SEGUNDO PINTO; SEGUNDO FRANCISCO LASLUISA; JOSE ALBERTO LASLUISA; DAVID PAREJA; LUIS ENRIQUE CASTILLO RODRIGUEZ; JEFFRY OSMAN BRIZZO CACERES; JUNIOR ODAIR MEDRANO; EUFEMIO DIAZ MONTENEGRO; JUAN ANTONIO RODRIGUEZ DURAN; AUVER HOYOS ALTAMIRANO; OLIVERIO ANTONIO AYALA; ESDRAS NEHEMIAS GUTIERREZ CERRATO; VICTOR MANUEL PALACIOS GONZALEZ; SAUL REYES; ADRIAN CRESCENCIO; MARCOS MERCADO; EDWIN ORLANDO PEREZ VELARDE; JOSE CARLOS LUNA BAUTSTA; and JHOJAM ARMANDO FIERRO MEDINA,

                Plaintiffs,

-against-

REAL INNOVATIVE CONSTRUCTION, LLC; ANDY GARCIA; and CARLOS MORALES,

                Defendants.

1:18-cv-08396-VEC

DEFAULT JUDGMENT

VALERIE CAPRONI, United States District Judge:

WHEREAS this action was commenced on September 17, 2018, by the filing of the Complaint; a default judgment on the issue of liability was entered against Real Innovative Construction, LLC on August 6, 2021; and Plaintiffs Kenny Orellana, Nestor Reyes, Rene I. Ayala, Alberto Ramon Morales Pombo, Carlos M. Morocho, Luis Zaruma, Maximino Flores, John Danilo Barahona Barahona, Edison Cristobal Triana Picon, Oswaldo Bravo, Jorge Vargas, Angel Reyes, Juan Amata, Segundo Pinto, Segundo Francisco Lasluisa, Jose Alberto Lasluisa,

David Pareja, Luis Enrique Castillo Rodriguez, Jeffry Osman Brizoo Caceres, Junior Odair Medrano, Eufemio Diaz Montenegro, Juan Antonio Rodriguez Duran, Auver Hoyos Altamirano, Oliverio Antonio Ayala, Esdras Nehemias Gutierrez Cerrato, Victor Manuel Palacios Gonzalez, Saul Reyes, Marcos Mercado, Edwin Orlando Perez Velarde, Jose Carlos Luna Bautista, and Jhojam Armando Fierro Medina having submitted declarations establishing the damages due to them; and

WHEREAS Defendant Real Innovative Construction, LLC was ordered to show cause on January 5, 2022, why Plaintiffs should not be entitled to default judgment as to damages, *see* Dkt. 226, but failed to appear;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs Kenny Orellana, Nestor Reyes, Rene I. Ayala, Alberto Ramon Morales Pombo, Carlos M. Morocho, Luis Zaruma, Maximino Flores, John Danilo Barahona Barahona, Edison Cristobal Triana Picon, Oswaldo Bravo, Jorge Vargas, Angel Reyes, Juan Amata, Segundo Pinto, Segundo Francisco Lasluisa, Jose Alberto Lasluisa, David Pareja, Luis Enrique Castillo Rodriguez, Jeffry Osman Brizoo Caceres, Junior Odair Medrano, Eufemio Diaz Montenegro, Juan Antonio Rodriguez Duran, Auver Hoyos Altamirano, Oliverio Antonio Ayala, Esdras Nehemias Gutierrez Cerrato, Victor Manuel Palacios Gonzalez, Saul Reyes, Marcos Mercado, Edwin Orlando Perez Velarde, Jose Carlos Luna Bautista, and Jhojam Armando Fierro Medina have judgement against Defendant Real Innovative Construction, LLC in the liquidated amount of $524,006.35, with each of them awarded the following amount:

| | |
|---|---|
| Kenjy Orellana: | $17,792.48 |
| Nestor Reyes: | $21,076.58 |
| Rene I. Ayala: | $27,468.29 |

| | |
|---|---|
| Alberto Ramon Morales Pombo: | $25,436.82 |
| Carlos M. Morocho: | $20,116.86 |
| Luis Zaruma: | $13,444.39 |
| Maximino Flores: | $27,350.44 |
| John Danilo Barahona Barahona: | $17,209.29 |
| Edison Cristobal Triana Picon: | $15,487.72 |
| Oswaldo Bravo: | $17,922.14 |
| Jorge Vargas: | $14,255.27 |
| Angel Reyes: | $15,487.72 |
| Juan Amanta: | $16,183.27 |
| Segundo Pinto: | $18,804.52 |
| Segundo Francisco Lasluisa: | $15,366.65 |
| Jose Alberto Lasluisa: | $15,366.65 |
| David Pareja: | $12,705.51 |
| Luis Enrique Castillo Rodriguez: | $16,824.26 |
| Jeffry Osman Brizzo Caceres: | $11,591.67 |
| Junior Odair Medrano: | $13,793.43 |
| Eufemio Diaz Montenegro: | $13,793.43 |
| Juan Antonio Rodriguez Duran: | $13,181.61 |
| Auver Hoyos Altamirano: | $14,022.86 |
| Oliverio Antonio Ayala: | $14,936.57 |
| Esdras Nehemias Gutierrez Cerrato: | $13,181.61 |
| Victor Manuel Palacios Gonzalez: | $17,126.69 |

| | |
|---|---|
| Saul Reyes: | $14,536.74 |
| Marcos Mercado: | $10,467.22 |
| Edwin Orlando Perez Velarde: | $14,657.77 |
| Jose Carlos Luna Bautista: | $1,238.39 |
| Jhojam Armando Fierro Medina: | $27,266.34 |

with interest from the date of this judgment until the entire amount is paid.

This judgment is entered by the Court at the request of the Plaintiffs and upon the Declarations of Plaintiffs and the Declaration of Plaintiffs' counsel that said amount is due, in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure.

Plaintiffs are ordered to submit any application for attorney's fees and costs associated with this judgment within fourteen days of the date of this Default Judgment.

**SO ORDERED.**

**Dated:** New York, New York
       January 6, 2022

                                                        **Valerie E. Caproni**
                                                      **United States District Judge**