USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Orellana, et al.,

                        Plaintiffs,

    - against -

Real Innovative Construction, LLC., et al.

                       Defendants.
-------------------------------------------------------------X

18-cv-8396 (VEC) (RWL)

**TELEPHONE
<u>CONFERENCE ORDER</u>**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This case has been referred to me for settlement. A telephone conference will be held on **January 21, 2022, at 10:00 a.m.** in advance of a settlement conference. The parties are instructed to review and adhere to Judge Lehrburger's Individual Practices and Settlement Conference Procedures. The parties shall call the teleconference line at **(888)-398-2342** and enter access code: **9543348**.

                                           SO ORDERED.

                                           _____
                                           ROBERT W. LEHRBURGER
                                           UNITED STATES MAGISTRATE JUDGE

Dated:  January 13, 2022
           New York, New York

Copies transmitted this date to all counsel of record and mailed to:

Carlos Morales -Pro Se Defendant
2200 Powell Ave., Apt. D 53
Bronx, N.Y. 10462