USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Orellana, et al.,

                         Plaintiff(s),

- against -

Real Innovative Construction, LLC., et al.,

                         Defendant(s).
------------------------------------------------------------X

18-cv-8396 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      A settlement conference before Judge Robert W. Lehrburger is hereby scheduled for **February 28, 2022, at 1:30 p.m.,** in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger.

      The parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than **February 21, 2022, by 5:00 p**.m.

                                         SO ORDERED.

                                         _____
                                         ROBERT W. LEHRBURGER
                                         UNITED STATES MAGISTRATE JUDGE

Dated: January 13, 2022
       New York, New York

Copies transmitted this date to all counsel of record and mailed to:

    Carlos Morales – Pro Se Defendant
    2200 Powell Avenue, Apt. D 53
    Bronx, N.Y. 10462