USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _1/21/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENJY ORELLANA *et al.*

                Plaintiffs,

v.

REAL INNOVATIVE CONSTRUCTION, LLC *et al.*,

                Defendants.

1:18-cv-08396-VEC-RWL

**ORDER FOR THE AWARD OF**
**<u>ATTORNEYS' FEES AND COSTS</u>**

      IT IS HEREY ORDERED, that Plaintiffs Kenjy Orellana, Nestor Reyes, Rene I. Ayala, Alberto Ramon Morales Pombo, Carlos M. Morocho, Luis Zaruma, Maximino Flores, John Danilo Barahona Barahona, Edison Cristobal Triana Picon, Oswaldo Bravo, Jorge Vargas, Angel Reyes, Juan Amata, Segundo Pinto, Segundo Francisco Lasluisa, Jose Alberto Lasluisa, David Pareja, Luis Enrique Castillo Rodriguez, Jeffry Osman Brizoo Caceres, Junior Odair Medrano, Eufemio Diaz Montenegro, Juan Antonio Rodriguez Duran, Auver Hoyos Altamirano, Oliverio Antonio Ayala, Esdras Nehemias Gutierrez Cerrato, Victor Manuel Palacios Gonzalez, Saul Reyes, Marcos Mercado, Edwin Orlando Perez Velarde, Jose Carlos Luna Bautista, and Jhojam Armando be awarded attorney's and costs fees pursuant to 29 U.S.C. § 216(b) and New York Labor Law § 198(4) in the amount of $30,300.92, of which $1,298.42 is for costs and $29,002.50 is for attorneys' fees, with post-judgment interest at the rate set forth in 29 U.S.C. § 1961, all of which is collectible from Defendant Real Innovative Construction, LLC.

**Dated:** _____January 21_____, **2022**
       **New York, New York**

                                                          _____
                                                          **VALERIE CAPRONI**
                                                          **United States District Judge**