```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KENJY ORELLANA, et al.,                              :
                                                     :         18-CV-8396 (VEC) (RWL)
                                   Plaintiffs,       :
                                                     :
              - against -                            :         ORDER
                                                     :
REAL INNOVATIVE CONSTRUCTION,                        :
LLC, et al.,                                         :
                                                     :
                                   Defendants.       :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By March 14, 2022, Plaintiff shall file a status report and proposed schedule for proceeding with the remainder of the case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 28, 2022
       New York, New York

Copies sent this date to all counsel of record by ECF.  The Clerk of Court is respectfully requested to mail copies of this order to the pro se Defendants at:

Andy Garcia
359 Scott Street
Wilkes-Barre, PA 18702

Carlos Morales
2200 Bowell Avenue, Apartment D53
Bronx, NY 10462