UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

KENJY ORELLANA, et al.,                              :

                                                     :          18-CV-8396 (VEC) (RWL)

                              Plaintiffs,            :

                                                     :

              - against -                            :          **ORDER**

                                                     :

REAL INNOVATIVE CONSTRUCTION,                        :
LLC, et al.,                                         :

                              Defendants.  :

---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    As directed by the Court, Plaintiff has submitted a proposed schedule for next steps in the case against Defendant Morales (Dkt. 244). A copy is attached.  By **March 28, 2022**, Defendant Carlos Morales shall file a letter (1) stating whether he would like the Court to try to find and appoint pro bono counsel (meaning at no cost) to represent Mr. Morales, and (2) whether he agrees with or has any comments on the schedule proposed by Plaintiff.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: March 14, 2022
        New York, New York

Copies sent this date to all counsel of record by ECF.  The Clerk of Court is respectfully requested to mail copies of this order to the pro se Defendants at:

        Andy Garcia
        359 Scott Street
        Wilkes-Barre, PA 18702

Carlos Morales
2200 Bowell Avenue, Apartment D53
Bronx, NY 10462

# EISNER DICTOR & LAMADRID, P.C.

ATTORNEYS AT LAW

39 BROADWAY, SUITE 1540
NEW YORK, NEW YORK  10006

TELEPHONE:  (212) 473-8700
FACSIMILE:  (212) 473-8705

E-MAIL: office@eisnerdictor.com
INTERNET: www.eisnerdictor.com

EUGENE G. EISNER
BENJAMIN N. DICTOR
THOMAS J. LAMADRID
MARIA L. CHICKEDANTZ
AARON GLADSTONE

OF COUNSEL
NATHANIEL K. CHARNY*
ROGER J. BERNSTEIN

*NY AND NJ BAR

March 14, 2022

VIA ECF

Hon. Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1960
New York, NY 10007

Re:   Orellana *et al.* v. Real Innovative Construction,
LLC *et al.*, No. 18-cv-8396 (VEC) (RWL)

Dear Judge Lehrburger:

This office represents plaintiffs in the above-referenced matter. Pursuant to Your Honor's Order of February 28, 2022, I write to submit a proposed schedule for proceeding with the remainder of the case.

Since the case remains stayed as against defendant Andy Garcia, plaintiffs propose the following schedule for the case as against defendant Carlos Morales:
-   Depositions shall be completed by April 29, 2022;
-   Fact discovery shall end on May 13, 2022; and
-   The parties shall seek leave for dispositive motions, if any, by May 20, 2022.

Thank you for your consideration in this matter.

Respectfully submitted,

Thomas J. Lamadrid

cc:   Carlos Morales
*Via Email*