USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENJY ORELLANA, et al.,

                             Plaintiffs,

        - against -

REAL INNOVATIVE CONSTRUCTION,
LLC, et al.,

                             Defendants.
------------------------------------------------------------X

18-CV-8396 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       On June 7, 2022, the Court issued an order directing the Clerk of Court to attempt to locate pro bono counsel for Carlos Morales. No counsel has been identified to take on the representation. Accordingly, Mr. Morales is deemed to be proceeding pro se. By November 15, 2022, Plaintiff's counsel shall attempt to reach Mr. Morales to meet and confer about next steps in the case. By November 22, 2022, Plaintiff counsel shall file a letter reporting status and proposing next steps, if any, with respect to Mr. Morales.

       The Court reminds Mr. Morales that he may be able to obtain some assistance by contacting the Legal Assistance Clinic, located in the Thurgood Marshall United States Courthouse, 40 Centre Street, Room LL22, New York, NY. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. An unrepresented party can make an appointment by calling (212) 659-6190 or by filling out the Clinic's intake form available on the Legal Assistance Clinic's website at https://nysd.uscourts.gov/attorney/legal-assistance.

       Unless represented by counsel, Mr. Morales should send any filing with the court to: Pro Se Office, United States District Court, 500 Pearl Street, New York, NY

10007.  Additional information is available on the website for the Southern District of New York at nysd.uscourts.gov.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 1, 2022
         New York, New York

Copies sent this date to all counsel of record by ECF.  The Clerk of Court is respectfully requested to mail copies of this order to the pro se Defendants at:

Andy Garcia
359 Scott Street
Wilkes-Barre, PA 18702

Carlos Morales
2200 Bowell Avenue, Apartment D53
Bronx, NY 10462