UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KENJY ORELLANA, et al.,

                     Plaintiffs,

    - against -

REAL INNOVATIVE CONSTRUCTION,
LLC, et al.,

                    Defendants.
---------------------------------------------------------------X

18-CV-8396 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On November 1, 2022, the Court ordered Plaintiff's counsel to attempt to reach Mr. Morales by November 15, 2022 to meet and confer and to file a letter reporting status and proposing next steps, if any, with respect to Mr. Morales by November 22, 2022. (Dkt. 254.) Plaintiff's counsel has failed to do so.

    Accordingly, Plaintiff's counsel shall file the requisite status report by December 21, 2022. **Failure to comply may result in dismissal for failure to prosecute**.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: December 15, 2022
       New York, New York

Copies sent this date to all counsel of record by ECF. The Clerk of Court is respectfully requested to mail copies of this order to the pro se Defendants at:

    Andy Garcia
    359 Scott Street
    Wilkes-Barre, PA 18702

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2022

Carlos Morales
2200 Bowell Avenue, Apartment D53
Bronx, NY 10462