# EISNER DICTOR & LAMADRID, P.C.

ATTORNEYS AT LAW
39 BROADWAY, SUITE 1540
NEW YORK, NEW YORK 10006

TELEPHONE: (212) 473-8700
FACSIMILE: (212) 473-8705

E-MAIL: office@eisnerdictor.com
INTERNET: www.eisnerdictor.com

BENJAMIN N. DICTOR
THOMAS J. LAMADRID*
MARIA L. CHICKEDANTZ
AARON W. GLADSTONE

\* NY AND FL BAR

OF COUNSEL
EUGENE G. EISNER†
NATHANIEL K. CHARNY**
ROGER J. BERNSTEIN

\*\* NY AND NJ BAR
† OF COUNSEL & PARTNER EMERITUS

November 27, 2024

**Extension granted to December 23, 2024.**

SO ORDERED:

11/27/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

VIA ECF

Hon. Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1960
New York, NY 10007

Re:   Orellana et al. v. Real Innovative Construction, LLC et al., No. 18-cv-8396 (VEC) (RWL)

Dear Judge Lehrburger:

This office represents plaintiffs in the above-referenced matter. In relation to the Court's Order dated October 31, 2024, I write to request a three week extension of time to indicate whether plaintiffs request dismissal or proposing a schedule for proceeding with the litigation against Mr. Morales. The reason for the request is that I have not been able discuss the matter with all of the plaintiffs. I have discussed the issue with twenty-five of the thirty-four plaintiffs, and they have indicated they do not wish to proceed against Mr. Morales, but I have not discussed the matter with nine of the plaintiffs.

Accordingly, plaintiffs respectfully request until December 23 to file a letter either (a) indicating they request dismissal of the case as against Mr. Morales or (b) proposing a schedule for proceeding with the litigation against Morales.

Respectfully submitted,

Thomas J. Lamadrid