```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KENJY ORELLANA, et al.,                  :
                                         :         18-CV-8396 (VEC) (RWL)
                          Plaintiffs,    :
                                         :
         - against -                     :         ORDER
                                         :
REAL INNOVATIVE CONSTRUCTION,            :
LLC, et al.,                             :
                                         :
                          Defendants.    :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order concerns Plaintiff counsel's letter filed December 23, 2024 at Dkt. 283. The Court believes counsel's requests will be appropriate but require proper support. Accordingly,

1. By January 8, 2025, Plaintiff counsel shall file a motion to withdraw and supporting affidavit as required by SDNY Local Rule 1.4, and by January 10, 2025, shall file proof of service of same by mail, text, or email to the last known address of the Plaintiffs for whom Plaintiff counsel seeks to withdraw.

2. By January 8, 2025, Plaintiff counsel shall file a letter explaining why the requested voluntary dismissal as to Carlos Morales by all other Plaintiffs should be without prejudice.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 26, 2024
       New York, New York

2

Copies sent this date to all counsel of record by ECF.  The Clerk of Court is respectfully requested to mail copies of this order to the pro se Defendants at:

Andy Garcia
359 Scott Street
Wilkes-Barre, PA 18702

Carlos Morales
2200 Bowell Avenue, Apartment D53
Bronx, NY 10462