USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KENJY ORELLANA, et al., :
                          Plaintiffs, :
                                 :
            -against- : 18-CV-8396 (VEC)
                                 :
REAL INNOVATIVE CONSTRUCTION, LLC, : ORDER
et al., :
                                 :
                       Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 23, 2024, Plaintiffs' counsel, Eisner Dictor & Lamadrid, P.C. ("Eisner"), on behalf of 26 of the Plaintiffs (the "Plaintiffs"), asked the Court to dismiss their claims against Carlos Morales, the only remaining defendant, and to relieve the firm as counsel for the remaining plaintiffs (the "Non-Responsive Plaintiffs"), *see* Dkt. 283;

      WHEREAS Judge Lehrburger ordered Eisner to move to withdraw, *see* Dkt. 284;

      WHEREAS Eisner moved to withdraw as counsel for the Non-Responsive Plaintiffs, *see* Dkt. 287;

      WHEREAS the Undersigned granted Plaintiffs' request to dismiss their claims against Defendant Carlos Morales, *see* Dkt. 288;

      WHEREAS on January 13, 2025, Judge Lehrburger granted Eisner's motion to withdraw as counsel for the Non-Responsive Plaintiffs; ordered Eisner to serve a copy of the Order on each of the Non-Responsive Plaintiffs by January 16, 2025 and file proof of service; and ordered the Non-Responsive Plaintiffs to appear either through new counsel or pro se by February 12, 2025 and, if they do not, warned that the Court would dismiss their claims against any remaining Defendants, *see* Dkt. 289;

WHEREAS on January 16, 2025, Eisner filed proof of service of the Order at Dkt. 289 on the Non-Responsive Plaintiffs, *see* Dkt. 290; and

WHEREAS none of the Non-Responsive Plaintiffs appeared by February 12, 2025.

IT IS HEREBY ORDERED that the claims of the Non-Responsive Plaintiffs (Jeffry Osman Brizzo Caceres, Jairali Calle, Eufemio Diaz Montenegro, Jose Alberto Lasluisa, Victor Manuel Palacios Gonzalez, David Pareja, and Edwin Orlando Perez Velarde) are DISMISSED without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close any open motions and terminate the case.

**SO ORDERED.**

**Date: February 14, 2025**
**New York, New York**

　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**